UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
L.T. and C.S.                                                     :
                                                                  :   21 Civ. 1367 (PAE)
                                    Plaintiffs,                   :
                                                                  :   ORDER
            -v-                                                   :
                                                                  :
NEW YORK CITY DEPARTMENT OF EDUCATION, et :
al.,                                                              :
                                                                  :
                                    Defendants.                   :
                                                                  X
------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

In light of the parties' ongoing settlement negotiations, the Court adjourns the conference scheduled for February 8, 2023 to March 1, 2023 at 3 p.m. All other deadlines remain in place.

SO ORDERED.

                                                  *Paul A. Engelmayer* (signature)
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: January 30, 2023
       New York, New York