UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.T. and C.S.,<br><br>                              Plaintiffs,<br>           -v-<br><br>N.Y.C. Dep't of Educ., et al.,<br><br>                              Defendants. | 21 Civ. 1367 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed at today's case management conference, the Court schedules a telephonic case management conference for March 8, 2023 at 5 p.m. The Court orders the parties to file a joint letter in the event of settlement before that date, updating the Court and proposing language regarding tolling, as discussed at today's conference..

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 1, 2023
       New York, New York